Name and address:
EDWARDS WILDMAN PALMER LLP
Ronie M. Schmelz (SBN 130798)
rschmelz@edwardswildman.com
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 860-8700 / Facsimile: (310) 860-8772
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHUXIN LI, YONGPU CHENG, MAIOZHOU ZHU and ZHANYUAN TONG,

Plaintiff(s),

v.

JACK J. QIN, et al.,

Defendant(s).

CASE NUMBER
13-CV-08832-DSF (CWx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Larkin, Edwin M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 308-4411
*Telephone Number*

(212) 308-4844
*Fax Number*

elarkin@edwardwildman.com
*E-Mail Address*

of

Edwards Wildman Palmer LLP
750 Lexington Avenue
New York, New York 10022
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

SHUXIN LI, YONGPU CHENG, MIAOZHOU ZHU and ZHANYUAN TONG

*Name(s) of Party(ies) Represented*

☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other*: Petitioner

**and designating as Local Counsel**

Schmelz, Ronie M.
*Designee's Name (Last Name, First Name & Middle Initial)*

130798
*Designee's Cal. Bar Number*

(310) 860-8700
*Telephone Number*

(310) 860-8772
*Fax Number*

of

Edwards Wildman Palmer LLP
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
*Firm Name & Address*

rschmelz@edwardswildman.com
*E-Mail Address*

**hereby ORDERS the Application be:**
x **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED,** for failure to pay the required fee.
**Dated** 12/18/13

*/s/ Dale S. Fischer*
**U.S. District Judge/U.S. Magistrate Judge**

