NEAL R. MARDER (SBN 126879)
nmarder@winston.com
ALI R. RABBANI (SBN 253730)
arabbani@winston.com
IAN C. EISNER (SBN 254490)
ieisner@winston.com
JASON C. HAMILTON (SBN 267968)
jhamilton@winston.com
SHAWN R. OBI (SBN 288088)
sobi@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, California 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendants
EFT HOLDINGS, INC., VISMAN CHOW, NORMAN KO, WILLIAM SLUSS, AND PYNG SOON

FILED
CLERK, U.S. DISTRICT COURT
1/21/2015
CENTRAL DISTRICT OF CALIFORNIA
BY:____GR____DEPUTY

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUXIN LI, *et al.*,<br><br>         Plaintiffs,<br><br>   v.<br><br>EFT HOLDINGS, INC., *et al.*,<br><br>         Defendants. | Case No. 13-CV-08832-DSF (CWx)<br><br>**[PROPOSED]** ORDER ON STIPULATION RE: PROTECTIVE ORDER GOVERNING THE DISCLOSURE OF CONFIDENTIAL MATERIALS<br><br> Judge: The Hon. Dale S. Fischer<br><br>Consolidated with Case No.<br>13-CV-8835-DSF (CWx) |
| SHUXIN LI, *et al.*,<br><br>         Plaintiffs,<br><br>   v.<br><br>EFT HOLDINGS, INC., *et al.*,<br><br>         Defendants. | |

1

[PROPOSED] ORDER ON STIPULATION RE:  PROTECTIVE ORDER

1 | Having reviewed the parties' Stipulation Re: Protective Order Governing the Disclosure of Confidential Materials, filed on January 5, 2015 (the "Stipulation") and finding good cause therefor, the Court hereby orders that the Stipulation *as amended by the Court,* shall govern the treatment of confidential information in this matter.

Dated: January 21, 2015

By: *Carla M. Woehrle*

Carla M. Woehrle
United States District Court Judge