Don Howarth (SBN 53783)
dhowarth@howarth-smith.com
Suzelle M. Smith (SBN 113992)
ssmith@howarth-smith.com
Padraic Glaspy (SBN 259563)
pglaspy@howarth-smith.com
Jessica C. Walsh (SBN 276543)
jwalsh@howarth-smith.com
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, California, 90014
Telephone: 213-955-9400; Fax: 213-622-0791

Stephen A. Tuggy (SBN 120416)
STuggy@lockelord.com
LOCKE LORD LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500; Fax: 213-485-1200

*Attorneys for Plaintiffs, Yunxia Wang, Fengqin Xu, Qun Xu, individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNXIA WANG, FENGQIN XU, and QUN XU, on behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EFT HOLDINGS, INC., a Nevada Corporation, and JACK J. QIN, VISMAN CHOW, NORMAN KO, WILLIAM SLUSS, PYNG SOON, GEORGE CURRY, and DOES 1-25, individuals,<br><br>Defendants. | **MASTER FILE NO.** Case No. 13-CV-08832-DSF (CWx)<br><br>*consolidated with* Case Nos. 13-CV-08835-DSF (CWx) and 15-CV-00727-DSF (CWx)<br><br>**DECLARATION OF IRA G. GREENBERG IN SUPPORT OF OPPOSITION TO DEFENDANT EFT HOLDINGS, INC.'S MOTION TO STRIKE CLASS ALLEGATIONS IN SECOND AMENDED AND CONSOLIDATED COMPLAINT**<br><br>Judge: Hon. Dale S. Fischer<br>Hearing Date: July 20, 2015<br>Time: 1:30 p.m.<br>Courtroom: 840 |

I, Ira G. Greenberg, declare:

1. I am an attorney at law duly admitted to practice in the State of New York and in various federal district and appellate courts throughout the United States. I am admitted *pro hac vice* to represent Plaintiffs in this case before this Court.

2. I am of counsel to Locke Lord LLP. I am familiar with the file in this matter and I make this declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently to the facts contained herein.

3. I make this declaration in support of the Plaintiffs' Opposition to the Motion to Strike Class Allegations in Second Amended and Consolidated Complaint and the Joinders thereto filed separately by Defendants Jack Qin and George Curry (collectively, the "Motion to Strike").

4. The *Li* cases (Case Numbers 13-08832 and 13-08835 and then consolidated by stipulation) against EFT Holdings, Inc. and other defendants were filed and handled by lawyers from the firm Edwards Wildman Palmer LLP, which later merged into Locke Lord. The lawyers who were responsible for the cases at the time that the local rule deadline to file a motion for class certification in the *Li* cases passed are no longer involved in the cases. (Withdrawals of appearances of and Ronie Schmelz and Edwin Larkin are at Dkt. # 118 and 136) They left the Edwards Wildman Palmer firm before the merger with Locke Lord.

5. In the *Li* cases, Plaintiffs served Rule 26 disclosures and produced documents in response to Defendants' Rule 34 demands.

6. In contrast, when Plaintiffs served document requests and Rule 30(b)(6) deposition notices upon the Defendants, the Defendants refused to produce documents and objected to most, if not all, of the deposition notice subjects. Defendants have only produced limited lists of EFT affiliates in response to pre-

litigation requests.

7. Plaintiffs engaged in numerous conferences with defense counsel to try to resolve the issues. When those discussions failed, Plaintiffs' counsel prepared joint stipulation materials to present a motion to compel discovery.

8. The law firms of Howarth & Smith and Locke Lord filed the *Wang* case (Case No. 15-00727) to assert claims on behalf of a class shortly after the Court struck the class allegations from the *Li* cases. The *Wang* case asserted similar, but not identical, facts and claims and streamlined some of the allegations, parties, and claims. Plaintiffs' counsel promptly moved to consolidate the *Li* and the *Wang* cases for efficiency and judicial economy. Defendants opposed the consolidation motion.

9. After the Court granted the Motion to Consolidate the *Li* and the *Wang* cases, Plaintiffs have sought to consolidate the prior discovery efforts. Plaintiffs also have served upon the Defendants document requests and deposition notices for the consolidated case.

10. Plaintiffs are working to respond to the Defendants' discovery requests in the consolidated case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of June, 2015 at New York, New York.

/s/ Ira G. Greenberg
Ira G. Greenberg

3