1
2
3
4
5
6
7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  SHUXIN LI, et al., | Case No. 13-CV-08832-DSF (CWx) |
| 11          Plaintiffs, | Consolidated with Case Nos. |
| 12      v. | 13-CV-8835-DSF (CWx)<br>15-CV-727-DSF (CWx) |
| 13  EFT HOLDINGS, INC., et al. | **ORDER GRANTING JOINT STIPULATION TO SUSPEND DEADLINES PENDING DISMISSAL OF PLAINTIFFS' CLAIMS** |
| 14          Defendants. | |
| 15 | |
| 16  YUNXIA WANG, et al., | Action Filed: November 27, 2013<br>Trial Date: August 30, 2016 |
| 17          Plaintiffs, | |
| 18      v. | |
| 19  EFT HOLDINGS, INC., et al., | |
| 20          Defendants. | |

21
22
23
24
25
26
27
28

The Court, having considered the parties' Joint Stipulation to Suspend Deadlines Pending Dismissal of Plaintiffs' Claims, and for good cause shown, HEREBY ORDERS THAT:

1. All upcoming deadlines in this action are hereby suspended pending Plaintiffs' dismissal of their claims upon payment of Defendants' taxable costs, should they choose to do so.

2. In the event Plaintiffs have not dismissed their claims upon payment of Defendants' taxable costs within 60 days of the entry of this order, the parties shall file a joint status report with the Court.

**IT IS SO ORDERED.**

Dated: 3/2/16

_____
Hon. Dale S. Fischer
United States District Judge