LOCKE LORD LLP
Stephen A. Tuggy, 120416
stuggy@lockelord.com
Matthew B. Nazareth, 278405
mnazareth@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213.485.1500
Facsimile: 213.485.1200

LOCKE LORD LLP
Ira Greenberg, (admitted pro hac)
ira.greenberg@lockelord.com
Three World Financial Center, Suite 2001
New York, NY 10281-2101
Telephone: 212-415-8600
Facsimile: 212-303-2754

Attorneys for Plaintiffs Yunxia Wang, Fengqin Xu, and Qun Xu

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shuxin Li, *et al.*<br><br>             Plaintiffs,<br><br>  vs.<br><br>EFT Holdings, Inc.*, et al.*<br><br>             Defendants.<br><br>YUNXIA WANG, FENGQIN XU, and QUN XU, on behalf of Themselves and All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>  vs.<br><br>EFT HOLDINGS, INC., et al.,<br><br>             Defendants. | **Master File No. 13-cv-08832 DSF(CWx)**<br>Consolidated with Case Nos.:<br>13-cv-8832 DSF (CWx)<br>15-cv-727 DSF(CWx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

1

STIPULATION TO DISMISSAL WITH PREJUDICE AND WITHOUT AN AWARD OF COSTS

Pursuant to Fed. R.Civ.P. 41(a)(1)(A)(ii), Plaintiffs Yunxia Wang, Fengqin Xu, and Qun Xu (collectively, "Plaintiffs") and Defendants EFT Holdings, Inc. ("EFT"), Pyng Soon ("Soon"), William Sluss ("Sluss"), Jack Qin ("Qin"), and George Curry ("Curry") (collectively, "Defendants"; and, together with Plaintiffs, the "Parties"), by and through their undersigned counsel, stipulate as follows:

## RECITALS

WHEREAS, by Order dated December 14, 2015, the Court denied Plaintiffs' motion for class certification [Dkt. 273];

WHEREAS, by Order dated February 12, 2016, the Court granted, in part, Plaintiffs' motion to dismiss, permitting Plaintiffs to dismiss their claims without prejudice, upon payment of Defendants' costs [Dkt. 289];

WHEREAS, the Parties have met and conferred regarding the dismissal of Plaintiffs' claims and the payment of Defendants' costs;

## STIPULATION

NOW, THEREFORE, the Parties hereby stipulate as follows:

(1) Plaintiffs hereby dismiss their claims against Defendants, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

(2) Each party shall bear his, her, or its own costs and attorneys' fees such that there will be no award of costs, expenses, or attorneys' fees to any party.

**IT IS SO STIPULATED**.

Dated: April 6, 2016

Plaintiffs Yunxia Wang, Fengqin Xu, and Qun Xu by and through their legal counsel in this action, Locke Lord LLP

By: */s/*Matthew B. Nazareth
   Ira G. Greenberg
   Stephen A. Tuggy
   Matthew B. Nazareth
Attorneys for Plaintiffs Yunxia Wang, Fengqin Xu, and Qun Xu

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

| | | |
|---|---|---|
| Dated: April 6, 2016 | | Defendants EFT Holdings, Inc., Pyng Soon, and William Sluss by and through their legal counsel, Winston and Strawn LLP |

By: */s/* Andrew S. Jick
    Neal R. Marder
    Ali R. Rabbani
    Drew A. Robertson
    Andrew S. Jick
Attorneys for EFT Holdings, Inc., Pyng Soon, and William Sluss

Dated: April 6, 2016    Defendant Jack J. Qin, by and through his legal counsel, Scheper Kim and Harris LLP

By: */s/* Margaret E. Dayton
    Margaret E. Dayton
    Marc S. Harris
Attorneys for Jack J. Qin

Dated: April 6, 2016    George Curry, by and through his legal counsel, Dacheng Law Offices LLP

By: */s/* Dick P. Sindicich, Jr.
    Leodis Clyde Matthews
    Dick P. Sindicich, Jr.
Attorneys for George Curry

## **ATTESTATION REGARDING SIGNATURES**

I, Matthew B. Nazareth, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 6, 2016    By: */s/* Matthew B. Nazareth
    Matthew B. Nazareth

**CERTIFICATE OF SERVICE**

I, Matthew B. Nazareth, an attorney, do hereby certify that on April 6, 2016, I caused a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to be served through the Court's Case Management/Electronic Case Files (CM/ECF) system upon all persons and entities registered and authorized to receive such service.

Dated: April 6, 2016          By:    */s/* Matthew B. Nazareth
                                          Matthew B. Nazareth

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071